UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOSEPH LAMAR ANGLIN,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　**Case No. 3:15cv488/MCR/CJK**

**ROBERT MATTHEW ANGLIN,**
**et al.,**

    **Defendants.**
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 2, 2016. ECF No. 13. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby ORDERED:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is hereby TRANSFERRED to the United States District Court for the District of New Jersey.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of July, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No. 3:15cv488/MCR/CJK